U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 6, 2025

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Conference adjourned to 1/15/25 at 10:30 am. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the parties to continue and perhaps conclude discussions regarding a disposition without trial, and to prepare for the plea if one is forthcoming.
>
> SO ORDERED.
> *[signed] Cathy Seibel*  1/6/25
> CATHY SEIBEL, U.S.D.J.

Re: *United States v. Joseph Crocco*, 24 Cr. 595 (CS)

Dear Judge Seibel:

The parties respectfully request a short adjournment of the status conference in the above captioned case, which is currently scheduled for January 7, at 10:00 a.m. The Government's Rule 16 discovery was substantially complete as of November 8, 2024, and the parties believe they are close to finalizing a plea agreement. Accordingly, the parties request that the status conference be adjourned to January 15, at 10:30 a.m., a date and time which the Government understands works for the Court as well.

If the Court grants the parties' request for a short adjournment, the Government respectfully requests, with no objection from defense counsel, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between January 7 and January 15. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the defendant to continue to review discovery and the parties to potentially finalize a resolution in this case.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Benjamin Levander
Assistant United States Attorneys

cc: Jill Shellow, Esq. (by ECF and Email)