UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

    – against –

JOSEPH CROCCO,

                   Defendant.

------------------------------------------------------------------------x

**ORDER**

No. 24-CR-595 (CS)

Seibel, J.

    The Court has received an application from Ms. Shellow (to be filed under seal) based on an injury inhibiting her ability to write. On consent of the parties, the trial of this matter is adjourned to June 16, 2025 at 9:00 a.m. Defendant's opposition to the Government's motions in limine is due by May 13, 2025. Proposed voir dire questions and requests to charge are due by May 20, 2025. Marked Government trial exhibits to be turned over by June 2, 2025. Section 3500 material to be turned over by June 9, 2025. The final pre-trial conference is adjourned to June 10, 2025 at 2:15 pm. To assist Ms. Shellow with trial preparation and trial, and at her request, the Court appoints David Bertan as co-counsel for Defendant. The time between now and June 9, 2025 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit continuity of counsel and proper trial preparation.

**SO ORDERED.**

Dated: March 21, 2025
       White Plains, New York

                                                   *Cathy Seibel*
                                        CATHY SEIBEL, U.S.D.J.